In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-05-408 CV


____________________



JUDY HALL, Appellant



V.



MILTON R. JACKS, Appellee






On Appeal from the 1st District Court


Jasper County, Texas


Trial Cause No. 25807






 MEMORANDUM OPINION 


 Judy Hall appealed an order on a petition for permanent injunction. The appeal was
submitted without briefs because the appellant failed to file her brief by the April 14, 2006,
due date. See Tex. R. App. P. 38.6(a). The appellant did not request additional time to file
the brief. See Tex. R. App. P. 38.6(d). On May 16, 2006, we notified the parties that the
appeal would be advanced without oral argument. See Tex. R. App. P. 39.9. In the absence
of a brief assigning error, we dismiss the appeal for want of prosecution. See Tex. R. App.
P. 38.8(a)(1).

 APPEAL DISMISSED.

 ____________________________

 STEVE McKEITHEN

 Chief Justice



Submitted on June 6, 2006

Opinion Delivered June 15, 2006

Before McKeithen, C.J., Kreger and Horton, JJ.